■ Andrew Lombardi, Respondent, v Structure Tone, Inc., et al., Appellants. (And a Third-Party Action.) Structure Tone,

Inc., et al., Second Third-Party Plaintiffs-Appellants, v Robert B. Samuels, Inc., Second Third-Party Defendant-Respondent. [987 NYS2d 145]—Order, Supreme Court, New York County (Joan M. Kenney, J.), entered January 23, 2014, which granted plaintiff's motion to sever the second third-party action, unanimously affirmed, without costs.

In this action arising out of personal injuries allegedly sustained by plaintiff when he tripped over debris at a construction site, the main action is trial-ready, but there is outstanding discovery in the second third-party action, which includes the depositions of necessary witnesses. Plaintiff would be substantially prejudiced by a long delay if compelled to await completion of disclosure in the second third-party action. Accordingly, the motion court did not abuse its discretion in granting the motion (*see Blechman v Peiser's & Sons*, 186 AD2d 50, 51-52 [1st Dept 1992]; *see also Pena v City of New York*, 222 AD2d 233 [1st Dept 1995]). Concur—Acosta, J.P., DeGrasse, Richter, Manzanet-Daniels and Feinman, JJ.